IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 11 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § § | CRIMINAL NO. **3:14-cr-188-K-1** |
| **MICHAEL STRATTON** | § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **MICHAEL STRATTON** is charged in a petition with a violation of the terms of her supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- [x] find Defendant violated the terms of his supervised release;
- [ ] revoke Defendant's supervised release;
- [ ] impose a sentence of an additional term of imprisonment of _____ months with a further term of _____ months of supervised release to follow; and
- [x] decline to revoke the term of supervision and continue defendant on supervision under the same conditions and the additional condition of residing at the Welcome House unless the Probation officer approves otherwise

**SO RECOMMENDED** on August 11, 2021.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **MICHAEL STRATTON**, hereby

- [x] waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- [ ] do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

_August 11, 2021_　　　　　　　　　　　_/s/ Michael Stratton_
Date　　　　　　　　　　　　　　　　　　Defendant

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Defense Counsel

**Consented to by United States**　　　_____
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney